# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 539 EAL 2013 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : **Unpublished Memorandum and Order** |
| v. | : of the Superior Court at No. 2097 EDA |
| | : 2012 filed September 26, 2013, **vacating** |
| | : the Judgment of Sentence of the |
| SURREAL CUNNINGHAM, | : Philadelphia County Court of Common |
| | : Pleas at No. CP-51-CR-0011639-2011 |
| Respondent | : filed June 21, 2012 |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to that court for reconsideration in light of <u>Commonwealth v. Castro</u>, 19 EAP 2013, 2014 Pa. Lexis 1515 (Pa. filed June 16, 2014). Jurisdiction relinquished.